IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN STEVEN TEAGUE,** | : | **CASE NO. 1:21-CV-318** |
| **PLAINTIFF,** | : | **JUDGE BARRETT** |
| VS. | : | |
| **JAY NOBLE,** *et al.* | : | |
| **DEFENDANTS.** | : | |

**DEFENDANTS, JAY NOBLE AND VILLAGE OF BETHEL, OHIO'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

COME NOW Defendants, Jay Noble and the Village of Bethel, Ohio, by and through counsel, and hereby offer notice of supplemental authority in support of their response opposition to Plaintiff's Motion to Compel and Motion for Protective Order [Doc 21].

Executive Session Privilege

The following case was decided by the Supreme Court of Ohio subsequent to the filing of Defendant's response in opposition/Motion for Protective Order:

- *State ex rel. Hicks v. Clermont County Board of Commissioners,* 2022-Ohio-4237, 2022 WL 17345561
    - Presumption of regularity exists when a public body is in executive session

Respectfully submitted,

*/s/ Lawrence E. Barbiere*
Lawrence E. Barbiere (0027106)
Katherine L. Barbiere (0089501)
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
5300 Socialville-Foster Road, Suite 200
Mason, OH 45040
T. 513-583-4200 | F. 513-583-4203
lbarbiere@smbplaw.com
kbarbiere@smbplaw.com


*/s Emily T. Supinger*
Emily T. Supinger (0074006)
Strauss Troy Co, LPA
Federal Reserve Building
150 E. Fourth Street, 4th Floor
Cincinnati, Ohio 45202
T. 513-621-2120 | F. 513-241-8259
etsupinger@strausstroy.com


*Attorneys for Defendants Jay Noble & Village of Bethel, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed this 12th day of January, 2023 using the Clerk of Court's CM/ECF electronic filing system which will send notice of such filing to all counsel of record.


*/s/ Lawrence E. Barbiere*
Lawrence E. Barbiere (0027106)

2